# IN THE SUPREME COURT OF THE STATE OF NEVADA

EMIL ANTHONY,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 78369

**FILED**

MAY 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Appellant's counsel has filed a motion to voluntary dismiss this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

19-19692

cc:    Hon. Egan K. Walker, District Judge
       Washoe County Public Defender
       Emil Anthony
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk